**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

SAYED MOHAMMAD SAMIM DEHQAN,

Petitioner,

v.

CHRISTOPHER LA ROSE,

Respondent.

Case No.: 26cv0662 DMS MSB

**ORDER GRANTING JOINT MOTION TO CLARIFY THE COURT'S ORDER**

On April 15, 2026, this Court issued an Order Granting Petition, directing Respondents to provide Petitioner with a bond hearing. Respondents complied with that Order and gave Petitioner a bond hearing before an immigration judge ("IJ"). At that hearing, the IJ placed the burden of proof on Petitioner.

On May 1, 2026, the parties filed a Joint Motion to Clarify the Court's April 16, 2026 Order, specifically, who was supposed to have the burden of proof at the bond hearing. The parties have also filed a Status Report reiterating their request for clarification of the Court's prior order.

Although the Court's intent was for Respondents to bear the burden of proof at Petitioner's bond hearing, that intent was not made clear in the Court's order. Accordingly, the Court hereby orders Respondents to arrange an individualized bond hearing for

Petitioner before an immigration judge on or before **July 14, 2026**, unless Petitioner requests a continuance. At that bond hearing, the Government shall have the burden of proving by clear and convincing evidence that Petitioner poses a danger to the community or a risk of flight if released on bond. The parties shall file a Joint Status Report on or before **July 21, 2026**, confirming Petitioner received a bond hearing and setting out the results thereof.

**IT IS SO ORDERED**.

Dated: June 30, 2026

Hon. Dana M. Sabraw
United States District Judge